IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RAUL MORENO                                                                                                    PLAINTIFF

v.                                            Case No. 4:22-cv-4063

JAMES JOSEPH PARKER                                                                                DEFENDANT

**ORDER**

Before the Court is Defendant's Motion to Compel. ECF No. 12. Plaintiff has not filed a response to the motion, and the time for response has passed. The Court finds this matter ripe for consideration.

On August 24, 2022, Defendant propounded interrogatories and requests for production of documents to Plaintiff. Plaintiff responded to the discovery requests. On November 17, 2022, Defendant sent a letter requesting supplemental information and medical authorizations to assist in obtaining Plaintiff's medical records. To date, Plaintiff has neither provided any supplemental information to Defendant nor executed any medical authorizations. Pursuant to the Court's final scheduling order, expert witnesses must be disclosed by February 20, 2023, and discovery must be completed by May 21, 2023. Defendant moves the Court to compel Plaintiff to submit full and complete answers to the interrogatories and requests for production of documents and to provide an executed medical authorization.

Upon consideration, the Court finds that the Defendant's Motion to Compel (ECF No. 12) should be and hereby is **GRANTED**. Plaintiff must submit full and complete answers to the interrogatories and requests for production of documents propounded to him on August 24, 2022, and provide an executed medical authorization before **January 24, 2023**. Failure to comply with

this Order could result in sanctions being imposed by the Court pursuant to Federal Rule of Civil Procedure 37.

**IT IS SO ORDERED**, this 17th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge