IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL MORENO                                                                                    PLAINTIFF

v.                                        Case No. 4:22-cv-4063

JAMES JOSEPH PARKER                                                                       DEFENDANT

## ORDER

      Before the Court is an Agreed Stipulation of Dismissal. ECF No. 18. The parties stipulate that all claims asserted in this matter should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees.

      **IT IS SO ORDERED**, this 24th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge